*E-FILED - 4/6/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE GARCIA; EDDIE STEVE GARCIA; CYNTHIA GARCIA, on behalf of herself and as Guardian ad Litem for DEVANNA GARCIA, JUSTINE GARCIA; and ESTATE OF FERNANDO GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY; DEPUTY SHERIFF DAWSON; and DOES 1-100,<br><br>Defendants. | Case No.: C-02-04360 RMW<br><br>ORDER DENYING MOTION FOR RELIEF<br><br>[Re: Docket # 175] |

Pending before the court is plaintiffs' motion for relief pursuant to Fed. R. Civ. P. 59(e) and 60(b)) from the judgment entered in this case on September 29, 2004 following the grant of defendants' motion for summary judgment. Plaintiffs offer additional evidence in support of their motion and essentially argue that this evidence, along with what had previously be offered, presents a triable issue of fact. The court disagrees. First, the additional evidence offered was available, or at least could have been discovered with reasonable diligence, by the time plaintiffs filed their original opposition to defendants' summary judgment motion. *See Shalit v. Coppe,* 182 F.2d 1124,1132 (9th Cir. 1999) ("The law is clear that reconsideration is appropriate only in very limited circumstances, and

ORDER DENYING RECONSIDERATION
C-02-04360 RMW

1  that the overwhelming weight of authority is that the failure to file documents in an original
2  motion or opposition does not turn the late filed documents into newly discovered
3  evidence); *Frederick S. Wyle Prof'l Corp. v. Texaco*, 764 F.2d 604, 609 (9th Cir. 1985)
4  (internal quotations omitted).  Second, the evidence presented prior to the hearing on the
5  summary judgment motion established no material issues of disputed fact.  Finally, there
6  has been no intervening change of controlling law, new evidence discovered, or need to
7  correct a clear error or prevent manifest injustice.  *See Pyramid Lake Paiute Tribe of*
8  *Indians v. Hodel*, 882 F.2d 364, 369 n.5 (9th Cir. 1981).
9      The motion for relief is denied.

11  DATED:   3/31/06

            *Ronald M. Whyte*
            RONALD M. WHYTE
12          United States District Judge

ORDER DENYING RECONSIDERATION
C-02-04360 RMW

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

Steve M. Defilippis     sdefilippis@piconeanddefilippis.com

**Counsel for Defendant(s):**

Stephen H. Schmid     stephen.schmid@cco.co.santa-clara.ca.us

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   4/6/06                                   /s/ JG
                                                       **Chambers of Judge Whyte**

ORDER DENYING RECONSIDERATION
C-02-04360 RMW

3