**E-FILED on** 10-16-06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE GARCIA, EDDIE STEVE GARCIA, CYNTHIA GARCIA, on behalf of herself and as Guardian ad Litem for DEVANNA GARCIA, JUSTINE GARCIA; ESTATE OF FERNANDO GARCIA<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY, DEPUTY SHERIFF DAWSON, DOES 1-100,<br><br>Defendants. | No. C-02-04360 RMW<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION<br><br>**[Re Docket No. 194]** |

On May 5, 2005, the court entered an order directing the plaintiffs to submit a motion for review of the clerk's taxation of costs within five days after entry of its order or otherwise waive their objections. On May 13, 2005, plaintiffs filed a motion for leave to file for reconsideration. The court notes that it failed to file a written order on the reconsideration request. However, it is denied.

DATED:    10/16/06                                     *Ronald M. Whyte*
                                                                 RONALD M. WHYTE
                                                                 United States District Judge

ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
C-02-04360 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Steve M. Defilippis      sdefilippis@piconeanddefilippis.com

**Counsel for Defendants:**

Mark A. Gonzalez      mark_gonzalez@cco.co.Santa-Clara.CA.US
Stephen H. Schmid      stephen.schmid@cco.co.santa-clara.ca.us
Aryn Paige Harris      aryn_harris@cco.co.scl.ca.us
My-Le Jacqueline Duong      Jacqueline.duong@cco.sccgov.org

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      10-16-06      /s/ JH
                                            **Chambers of Judge Whyte**